THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.          JS-6
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:14-cv-02315-WDK-PLA |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO DISMISS AND STIPULATON FOR JUDGMENT |
| vs. | |
| DANIELA PEREZ SAENZ, ET AL., | |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Forty Eight Thousand Dollars ($48,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC., and against DANIELA PEREZ SAENZ, individually and d/b/a RIO AZUL MEXICAN RESTAURANT; RIO AZUL MEXICAN BAR & GRILL, LLC and unknown business entity d/b/a RIO AZUL MEXICAN RESTAURANT.

///

STIPULATED JUDGMENT
CASE NO. 5:14-cv-02315-WDK-PLA
Page 1

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____   Dated:  <u>Feb 18, 2015</u>
**The Honorable William D. Keller
United States District Court
Central District of California**

///

///

///

///

///

///

///

///

///

### PROOF OF SERVICE (SERVICE BY ELECTRONIC MAIL)

STIPULATED JUDGMENT
CASE NO. 5:14-cv-02315-WDK-PLA
Page 2

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 30, 2015, I served:

**[Proposed] ORDER GRANTING STIPULATED JUDGMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Daniela Perez Saenz                              (Defendant)
Rio Azul Mexican Bar & Grill, LLC      (Defendant)
42643 La Danza Court
Indio, CA 92203

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 18, 2015, at South Pasadena, California.

Dated: January 30, 2015

VANESSA VENTURA